

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00757-CV

**IN RE** David M. **GARZA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
     Karen Angelini, Justice
     Luz Elena D. Chapa, Justice

Delivered and Filed: December 3, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On October 29, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-19608, styled *David Garza v. Dennis Gutzman, et al.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.